1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant JUSTIN
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )
                                         )  No. CR 4-06-70106 WDB
12 |             Plaintiff,              )
                                         )  STIPULATION AND
13 |                                     )  ORDER MODIFYING CONDITIONS
         v.                              )  OF PRETRIAL RELEASE
14 |                                     )
   ANGELIQUE JUSTIN,                     )
15                                       )
                                         )
16 |             Defendant.              )

17

18

19    IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions

20 of pretrial release for Angelique Justin may be modified to allow Ms. Justin to travel to the Central

21 District of California from Friday, March 10, 2006, and returning by Monday, March 13, 2006.

22 Ms. Justin's son just celebrated his birthday and she would like to take him to Disneyland.  All

23 other conditions of release would remain the same.
24
   / / /
25
   / / /
26

                                       - 1 -

DATED: March 10, 2006          /S/
                               JOYCE LEAVITT
                               Assistant Federal Public Defender

DATED: March 10, 2006          /S/
                               GEORGE BEVAN
                               Assistant United States Attorney

DATED: March 10, 2006          /S/
                               PAUL MAMARIL
                               Pretrial Services Officer

**SIGNATURE ATTESTATION**

____ I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Angelique Justin may be modified to allow Ms. Justin to travel to the Central District of California from Friday, March 10, 2006, and returning by Monday, March 13, 2006. All other conditions of release shall remain the same.

SO ORDERED.

DATED: March 10, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

- 2 -