BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant JUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00198 CW |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | COURT DATE AND EXCLUSION |
| ) | OF TIME UNDER THE SPEEDY |
| ANGELIQUE M. JUSTIN, ) | TRIAL ACT, 18 U.S.C. § 3161 ET |
| ) | SEQ. |
| Defendant. ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date in this case, currently scheduled for Monday, April 17, 2006 at 2:30 p.m., before Honorable Judge Claudia Wilken, may be continued to Monday, May 1, 2006, at 2:30 p.m. for change of plea. The reason for the continuance is that both defense counsel and government counsel are unavailable on the currently scheduled date. Furthermore, the additional time will allow the defense to complete its investigation in preparation for the anticipated change of plea at the next court date. The parties therefore stipulate that the time from April 17, 2006, to May 1, 2006, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv)

STIP. CONTINUING
COURT DATE                                    - 1 -

for continuity of counsel and adequate preparation so that defense counsel can complete its investigation prior to the change of plea.

DATED:   April 12, 2006

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED:   April 12, 2006

/S/
_____
GEORGE BEVAN, JR.
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED:   April 12, 2006

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date, currently scheduled for Monday, April 17, 2006 at 2:30 p.m., before Honorable Judge Claudia Wilken, shall be continued to Monday, May 1, 2006, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from April 17, 2006, to May 1, 2006, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation so that defense counsel can complete its investigation prior to the change of plea.

1  SO ORDERED.

3  DATED: 4/18/06

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

STIP. CONTINUING
COURT DATE                              - 3 -