~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
APR 2 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:** Angelique Justin

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

**DOCKET NO.:** CR-06-0198-CW
~~4-06-70106-WDB~~

**DATE:** April 25, 2005

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

PAUL MAMARIL                              510-637-3757
**U.S. PRETRIAL SERVICES OFFICER**        **TELEPHONE NUMBER**

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The defendant may travel to Solano County to address all criminal legal matters; and**

**B. The defendant shall clear all outstanding matters in Solano County Superior Court and surrender for any sentence of incarceration imposed by state authorities.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER                    DATE 4-26-06

cc: Copy to parties via ECF
WDB's Stats, Financial
Sheilah, Pretrial

Cover Sheet (12/03/02)