1 BARRY J. PORTMAN
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4
Counsel for Defendant JUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00198 CW |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER FOR CONTINUANCE OF |
| | ) | SENTENCING DATE. |
| ANGELIQUE JUSTIN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Monday, September 11, 2006 at 2:30 p.m., may be continued to Monday, October 16, 2006, at 2:30 p.m., before Honorable Claudia Wilken.  Defense counsel is requesting the continuance in order to have additional time to obtain records in support of sentencing.  At the probation interview, which occurred during the week of July 17, 2006, it became evident that Ms. Justin suffered abuse at the hands of her aunt as a child and that there are relevant records which will provide additional information.  The information is significant to a variety of factors at sentencing, and counsel will likely have Ms. Justin evaluated after receiving copies of the

STIP. CONTINUING
COURT DATE                          - 1 -

1 records.  Ms. Justin is a single mother of a five year-old boy, and she could be facing a custodial

2 sentence.  Defense counsel needs additional time to obtain certain documents and further investigate

3 Ms. Justin's past circumstances in preparation for a presentation to the Court regarding the relevant

4 sentencing factors under 18 U.S.C. §3553(a).  Some of the records are child protective services

5

6 records from over ten years ago which may take time to locate and then investigate.

7 DATED:     7/31/06

            JOYCE LEAVITT   /S/
8             Assistant Federal Public Defender

9 DATED:     8/1/06

10             GEORGE BEVAN, JR.    /S/
            Assistant United States Attorney

11

12 DATED:     7/31/06

            CONSTANCE COOK    /S/
13             United States Probation Officer

14 <u>SIGNATURE ATTESTATION</u>

15 I hereby attest that I have on file all holograph signatures indicated by a "conformed"

16 signature ("/S/") within this efiled document.

17

18 **ORDER**

19 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date,

20 currently scheduled for Monday, September 11, 2006, at 2:30 p.m. before Honorable Judge

21 Claudia Wilken, shall be continued to Monday, October 16, 2006, at 2:30 p.m.

22

23 **SO ORDERED.**

24 DATED:   8/10/06

            HONORABLE CLAUDIA WILKEN
25             United States District Judge

26