1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant JUSTIN
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )    No. CR 06-00198 CW
12                Plaintiff,          )
                                      )
13        v.                          )    STIPULATION AND
                                      )    ORDER CONTINUING
14                                    )    SENTENCING DATE
                                      )
15 ANGELIQUE M. JUSTIN,               )
                                      )
16                Defendant.          )

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing

18 date in this case, currently scheduled for Monday, October 16, 2006, at 2:30 p.m. in Oakland,
19
   California, before Honorable Judge Claudia Wilken, may be continued to Monday, November 13,
20
   2006, at 2:30 p.m.  The reason for this request is that defense counsel has been in the process of
21
22 obtaining juvenile records from the San Francisco family court regarding Ms. Justin's dependency

23 history and it is taking longer than anticipated.  In addition, Ms. Justin is scheduled to be evaluated
24
   by a psychologist once the records are received.  If the Court continue the sentencing date to
25
   November 13, 2006, it should allow sufficient time for defense counsel to obtain the records, have
26

STIP. CONTINUING
SENTENCING DATE                    - 1 -

the evaluation completed and prepare for sentencing. Defense counsel has spoken to United States

Probation Officer Constance Cook who does not object to the continuance and is available on

November 13, 2006.


DATED: 9/20/06                                       /S/
                              _____
                              JOYCE LEAVITT
                              Assistant Federal Public Defender


DATED: 9/20/06                                       /S/
                              _____
                              GEORGE BEVAN, JR.
                              Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) Within this efiled document.

## ORDER

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case,

currently scheduled for Monday, October 16, 2006, at  2:30 p.m., in Oakland, California, shall be

continued to Monday, November 13, 2006, at 2:30 p.m.

        SO ORDERED.

                    9/22/06
DATED:                        _____
                              HONORABLE CLAUDIA WILKEN
                              United States District Judge

STIP. CONTINUING
SENTENCING DATE                        - 2 -