BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant JUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00198 CW |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING |
| ) | SENTENCING DATE |
| ANGELIQUE M. JUSTIN, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Monday, November 13, 2006, at 2:30 p.m. in Oakland, California, before Honorable Judge Claudia Wilken, may be continued one week to Monday, November 20, 2006, at 2:30 p.m.  The reason for this request is that defense counsel is still waiting for a psychological evaluation which should be completed within the next week.  In addition, defense counsel is still waiting for other records to present at sentencing as well.  The additional week should allow sufficient time for defense counsel to obtain the evaluation and file a sentencing memorandum prior to sentencing.  Defense counsel has spoken to United States

1  Probation Officer Constance Cook who does not object to continuing the sentencing to November
2  20, 2006.
3
4  DATED:   11/6/06
   /S/
   JOYCE LEAVITT
5  Assistant Federal Public Defender
6
7  DATED:   11/8/06
   /S/
8  GEORGE BEVAN, JR.
   Assistant United States Attorney
9
10
11              SIGNATURE ATTESTATION
      I hereby attest that I have on file all holograph signatures
12  indicated by a "conformed" signature ("/S/") within this efiled
    document.
13
14
15                              **ORDER**
16     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case,
17  currently scheduled for Monday, November 13, 2006, at 2:30 p.m., in Oakland, California, shall
18  be continued to Monday, November 20, 2006, at 2:30 p.m.
19     SO ORDERED.
20
21  DATED:   11/8/06
    *[signature: Claudia Wilken]*
22  CLAUDIA WILKEN
    United States District Judge
23
24
25
26

STIP. CONTINUING
SENTENCING DATE                              - 2 -