BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA  94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant JUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00198 CW |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| vs. | |
| ANGELIQUE MONET JUSTIN, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS ORDERED that the following documents be sealed from public access to the file:

(1) Defendant's Sentencing Memorandum;  (2) <u>Ex Parte</u> Application to File Under Seal.

DATED:     11/17/06

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge

ORDER